Scott M. Lilja #4231
Nicole M. Deforge #7581
FABIAN VANCOTT
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
Fax: (801) 596-2814
slilja@fabianvancott.com
ndeforge@fabianvancott.com
*Attorneys for ESL Vision LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. and OBERT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CH LIGHTING TECHNOLOGY CO. LTD; ELLIOT ELECTRIC SUPPLY INC.; and SHAOXING RUISING LIGHTING CO., LTD., <br><br> Defendants. | **ORDER GRANTING OBJECTION TO AND MOTION TO QUASH SUBPOENAS** <br><br> Misc. Civil No. 2:21-mc-00195-JNP |

BASED UPON ESL Vision LLC's Objection to and Motion to Quash

Subpoenas, and for good cause appearing:

**IT IS HEREBY ORDERED** that the two subpoenas served upon ESL Vision LLC ("ESL") by Jiaxing Super Lighting Electric Appliance Co. on March 4, 2021, commanding ESL to testify at a deposition and to produce documents, are hereby **QUASHED**.

DATED _____, 2021

**BY THE COURT**

_____

DATED this 30th day of March, 2021.

/s/ *Scott M. Lilja*
Scott M. Lilja
Nicole M. Deforge
FABIAN VANCOTT
*Attorneys for ESL Vision LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2021, I caused to be served the [PROPOSED] ORDER GRANTING OBJECTION TO AND MOTION TO QUASH SUBPOENAS by e-mail and e-filing on the following:

PERKINS COLE LLP
Matthew C. Bernstein
Evan S. Day
Miguel J. Bombach
Ruchika Verma
MBernstein@perkinscoie.com
EDay@perkinscoie.com
MBombach@perkin.scoie.com
RVerma@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Skyler M. Howton
SHowton@perkinscoie.com
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 259-4951
Facsimile: (214) 965-7752

*Attorneys for Jiaxing Super
Lighting Electric Appliance Co., Ltd.
and Obert, Inc.*

/s/ *Scott M. Lilja*
Scott M. Lilja